IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,          )<br>                                                              )<br>                     Plaintiff,           )<br>                                                              )<br>        vs.                                           )<br>                                                              )<br>DANIEL L. BASS,                           )<br>                                                              )<br>                     Defendant.        ) | 8:08CR127<br><br>ORDER |

    This matter is before the court on the motion for an extension of time by defendant Daniel L. Bass (Bass) (Filing No. 12).  Bass seeks to continue the trial of this matter set for June 16, 2008.  Bass's counsel represents he has a schedule conflict with a previously scheduled trial in a state court criminal matter.  Upon consideration and for good cause shown, the motion will be granted

    **IT IS ORDERED:**

    1.    Defendant Bass's motion for a continuance of trial (Filing No. 12) is granted.

    2.    Trial of this matter is re-scheduled for **July 14, 2008,** before Chief Judge Joseph F. Bataillon and a jury.  The ends of justice have been served by granting such motion and outweigh the interests of the public and the defendant in a speedy trial.  The additional **time** arising as a result of the granting of the motion, i.e., the time between **May 29, 2008 and July 14, 2008,** shall be deemed **excludable** time in any computation of time under the requirement of the Speedy Trial Act for the reason that defendant's counsel requires additional time to adequately prepare the case.  The failure to grant additional time might result in a miscarriage of justice.  18 U.S.C. § 3161(h)(8)(A) & (B).

    DATED this 29th day of May, 2008.

                                                                                             BY THE COURT:

                                                                                             s/Thomas D. Thalken<br>
                                                                                      United States Magistrate Judge