## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>           )<br>     Plaintiff,    )<br>           )       **8:08CR127**<br>     vs.      )<br>           )       **ORDER**<br>**DANIEL L. BASS,**     )<br>           )<br>     Defendant.  ) | |

Defendant Daniel L. Bass appeared before the court on Friday, December 28, 2012 on a Petition for Warrant or Summons for Offender Under Supervision [45]. The defendant was represented by Assistant Federal Public Defender Richard H. McWilliams, and the United States was represented by Assistant U.S. Attorney Nancy A. Svoboda on behalf of John E. Higgins. The government did not request detention therefore, the Defendant was not entitled to a preliminary examination. The defendant was released on current terms and conditions of supervision.

I find that the Report alleges probable cause and that the defendant should be held to answer for a final dispositional hearing before Judge Bataillon.

**IT IS ORDERED**:

1. A final dispositional hearing will be held before Judge Bataillon in Courtroom No. 3, Third Floor, Roman L. Hruska U.S. Courthouse, 111 South 18th Plaza, Omaha, Nebraska, on **February 14, 2013 at 2:30 p.m.** Defendant must be present in person.

2. The defendant is released on current conditions of supervision.

DATED this 28th day of December, 2012.

BY THE COURT:

s/ F. A. Gossett
United States Magistrate Judge